**Francis AKINRO, Pastor, Doctor, Plaintiff–Appellant,**

v.

**SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant–Appellee.**

No. 02–1372.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 25, 2002.

Francis Akinro, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Francis Akinro appeals the district court's order dismissing his complaint for the review of the denial of Social Security Disability Benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Akinro v. Secretary, Dep't of Health and Human Servs.*, No. CA–02–556–CCB (D. Md. Filed Mar. 29, 2002 & entered Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*